# Court of Appeals
# of the State of Georgia

ATLANTA,__January 07, 2020_____

*The Court of Appeals hereby passes the following order:*

## A19A2383. INGRAM v. GEORGIA DEPARTMENT OF DRIVER SERVICES et al.

On July 2, 2019, we granted Lori Ingram's application for discretionary appeal. Upon review of the entire record, we conclude that the application was improvidently granted. The appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__01/07/2020_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*